DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KELLY COLLINS, State Bar # 277988
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3914
Facsimile:     (415) 554-3837
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIITASI T. ALAPATI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, NURSE GOODAI, Individually and his capacity as a nurse employed by City and County of San Francisco, and DOES 1 THROUGH 50, individually and in their capacities as employees or agents of City and County of San Francisco,<br><br>    Defendants. | Case No.    20-cv-8058<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**<br>**(Pursuant to 28 U.S.C. § 1441(b)**<br>**(Federal Question))**<br><br>State Court Action Filed:  March 11, 2020<br>Trial Date:                Not Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:

NOTICE IS HEREBY GIVEN that City and County of San Francisco ("Defendant") in Action No. CGC-20-583637, in the files and records of the Superior Court in and for the City and County of San Francisco, hereby file in the United States District Court for the Northern District of California a Notice of Removal of said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and are filing in said Superior Court a Notice of Removal.

Defendants, pursuant to 28 U.S.C. §§1441 and 1446, present the following facts to the Judges of the United States District Court for the Northern District of California:

A civil action bearing the above-caption was commenced in the Superior Court of California, in and for the City and County of San Francisco, Action No. CGC-20-583637, on March 11, 2020, and is pending therein. The Summons and Complaint was served on the City on October 13, 2020.

The Complaint in said pending action includes allegations brought under 42 U.S.C. § 1983 that the Defendants violated Plaintiff's civil rights. Specifically, the Complaint alleges that her Eighth and Fourteenth Amendment rights were violated through cruel and unusual punishment (Complaint ¶¶ 34-41), violations of her bodily integrity (Complaint ¶¶ 42-48), failure to provide adqeuate medical care (Complaint ¶¶ 49-60), and failure to intervene (Complaint ¶¶ 61-66).

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the reason that Plaintiff's Complaint alleges a violation of laws of the United States.

To the extent that Plaintiff's Complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

2. Defendants' Answer to Complaint and Jury Trial Demand is hereto attached as Exhibit B.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

1  Defendants will promptly file a Notice of this Removal with the Clerk of the Superior Court
2  for San Francisco County and serve the Notice on all parties.
3  WHEREFORE, Defendants pray that the above action now pending in the Superior Court of
4  the State of California in and for the City and County of San Francisco be removed in its entirety to
5  this Court for all further proceedings, pursuant to 28 U.S.C. §1441, *et. seq.*

7  Dated:  November 16, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
KELLY COLLINS
Deputy City Attorney

By: /s/ Kelly Collins
KELLY COLLINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

## PROOF OF SERVICE

I, KATHLEEN K. HILL, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On November 16, 2020, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**
**(Pursuant to 28 U.S.C. § 1441(b) (Federal Question))**

on the following persons at the locations specified:

Plaintiff in Pro Per
Aliitasi T. Alapati
241 6th Street #506
San Francisco, CA 94103
(415) 410-4578

in the manner indicated below:

☒  **BY UNITED STATES MAIL**: Following ordinary business practices, I caused to be sealed true and correct copies of the above documents in addressed envelope(s) and had them placed at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on November 16, 2020.

            /s/ Kathleen K. Hill
            KATHLEEN K. HILL