UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIITASI T ALAPATI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 20-cv-08058-SI<br><br>**ORDER RELATING CASE PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Re: Dkt. No. 12 |

On November 16, 2020, defendant City and County of San Francisco ("the City") filed a notice of removal in the present action. Dkt. No. 1. On January 13, 2021, the Court remanded the case to San Francisco Superior Court because the City's notice of removal was untimely. Dkt. No. 10. On July 1, 2021, in *Alapati v. City and County of San Francisco,* 21-cv-04144-TSH, Judge Thomas Hixson issued a referral for purpose of determining relationship to the present action, 20-cv-8058-SI. Dkt. No. 12. No party filed a response in opposition or support of relating the actions.

According to Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." CIV. L. R. 3-12(a).

After considering the underlying facts of the present action and 21-cv-4144-TSH, the Court finds the actions to be related. Both actions rely on the same complaint, originally filed on March 11, 2020 in San Francisco County Superior Court, case number CGC-20-583637. Both actions involve the same parties, plaintiff Aliitasi Alapati and defendants City and San Francisco and Nurse Goodai, and involve the same facts relating to plaintiff's treatment in San Francisco County Jail. Given the similarities in the cases, and the need to avoid conflicting results, the Court finds relating

the cases would not result in an unduly burdensome duplication of labor and expense.

Accordingly, the Court relates *Alapati v. City and County of San Francisco*, 20-cv-8058-SI, with *Alapati v. City and County of San Francisco*, 21-cv-04144-TSH.

**IT IS SO ORDERED**.

Dated: July 27, 2021

SUSAN ILLSTON
United States District Judge